UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**AARON P. BOSTWICK**,   Civil Case No. 3:09-657-KI

        Plaintiff,   JUDGMENT

   v.

**STATE OF OREGON, OREGON DEPARTMENT OF CORRECTIONS**, **MARK NOOTH, SUPERINTENDENT, individually, SRCI CORRECTIONS OFFICERS JOHNSON, STROW, HILL, and HAYNES, individually,**

        Defendants.

Foster A. Glass
339 SW Century Drive, Suite 201
Bend, OR 97702

        Attorney for Plaintiff

John Kroger
Attorney General
Jacqueline Kamins

Page 1 - JUDGMENT

Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

        Attorneys for Defendants

KING, Judge:

        IT IS ORDERED THAT claims one through three in Bostwick's First Amended Complaint are dismissed with prejudice and that claims four through six (alleging conversion, negligence, and negligence per se) are dismissed without prejudice.

        IT IS SO ORDERED.

        DATED this  5th  day of December, 2011.


                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge